UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRIS CAUDILL,

    Plaintiff,

v.                                                                        Case No: 2:16-cv-509-FtM-99CM

RYAN WHITE, CHARLOTTE
COUNTY SHERIFF'S OFFICE and
CHARLOTTE COUNTY SHERIFF,

    Defendants.

### ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Disposition (Doc. 19) filed on November 15, 2016. Plaintiff seeks the Court's ruling on his *In Forma Pauperis* Application (Doc. 2), Motions to Appoint Counsel (Docs. 3, 14), and Request for U.S. Marshal Service (Doc. 16). Plaintiff's motion is now moot because on November 14, 2016, the Court ruled on these motions. Docs. 17, 18. While the Court appreciates Plaintiff's notification of his pending motions and will review his motions on the merits, Plaintiff should be aware that the Court's caseload is heavy.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Disposition (Doc. 19) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of November, 2016.

- 2 -

CAROL MIRANDO
United States Magistrate Judge

Copies:
Chris Caudill *pro se*